UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

        Plaintiff

v.        Case No.: 1:12–po–01325
        Magistrate Judge Ronald G. Morgan

Carlos Martinez

        Defendant

## JUDGMENT

On **2/15/12**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 15 days confinement.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **2/15/12**.

_____
Ronald G. Morgan
United States Magistrate Judge

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.


                                                By: _____
                                                         Deputy U.S. Marshal